UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61341-CIV-SMITH/VALLE

NAHLAH MELAIH,

    Plaintiff,

vs.

MSC CRUISES, S.A., *ET AL.*,

    Defendants.

                                         /

## ORDER AFFIRMING AND ADOPTING REPORTS AND RECOMMENDATIONS OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation to District Judge [DE 86], which recommends granting in part and denying in part Plaintiff's Motion to Strike Defendant Park West's Affirmative Defenses [DE 29]. Also, before the Court is the Report and Recommendation to District Judge [DE 87], which recommends granting in part and denying in part Plaintiff's Motion to Strike Defendant MSC's Affirmative Defenses [DE 28]. No objections have been filed to either Report and Recommendation. Upon consideration, it is

    **ORDERED** that:

    1.    The Report and Recommendation to District Judge [DE 86] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2.    Plaintiff's Motion to Strike Defendant Park West's Affirmative Defenses [DE 29] is **GRANTED in part and DENIED in part.**

        a.    Defendant Park West Galleries, Inc.'s Third Affirmative Defense is **STRICKEN without prejudice.** Defendant Park West Galleries, Inc. may file an Amended Third Affirmative Defense by **August 30, 2021.**

      b.      Defendant Park West Galleries, Inc.'s Seventh Affirmative Defense is **STRICKEN with prejudice.**

      c.      The motion is **DENIED in all other respects**.

3.      The Report and Recommendation to District Judge [DE 87] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

4.      Plaintiff's Motion to Strike Defendant MSC's Affirmative Defenses [DE 28] is **GRANTED in part and DENIED in part:**

      a.      Defendant MSC Cruises, S.A.'s Tenth, Twelfth, and Seventeenth Affirmative Defenses are **STRICKEN with prejudice.**

      b.      The Motion is **DENIED in all other respects.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of August, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:      All Counsel of Record